UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                           Chapter 11

    BAHRAM BENARESH,                               Case No.: 25-12087-lgb

                            Debtor.
---------------------------------------------------------x

### ORDER: (I) FINDING THE DEBTOR IN CONTEMPT FOR VIOLATING ORDER OF THIS COURT AND (II) IMPOSING CIVIL SANCTIONS ON THE DEBTOR PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE

**WHEREAS**, on September 29, 2025, DC Franklin Lender LLC ("Franklin Lender") filed a Motion for Order (I) Dismissing the Chapter 11 Case or, Alternatively, (II) Modifying the Automatic Stay [ECF No. 7] (the "Motion");

**WHEREAS**, on November 5, 2025, at 10:00 A.M. EST, the Court held a hearing (the "Motion to Dismiss Hearing") on the Motion;

**WHEREAS**, at the Motion to Dismiss Hearing, the Court granted the Motion and determined that an appearance by the Debtor is necessary to determine whether the Court should issue sanctions for the Debtor's failure to comply with the Prior Dismissal Order [Case No. 24-12341, ECF No. 45] ("Prior Dismissal Order") from the Debtor's Prior Case [Case No. 24-12341] (the "Prior Case") and the "so ordered" Stipulation between Franklin Lender and the Debtor [Case No. 24-12341, ECF No. 45-1] (the "Stipulation");

**WHEREAS**, on November 6, 2025, the Court entered an Order Dismissing the Case With Prejudice (the "Dismissal Order") [ECF No. 16], ordering the Debtor, within five (5) days of the date of the entry of the order to file and provide to the United States Trustee a final monthly operating report disclosing all disbursements up to the date hereof, and pay any and all quarterly fees due and payable to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6);

**WHEREAS**, on November 6, 2025, the Court entered an Order to Show Cause (the "Order to Show Cause") [ECF No. 17], ordering the Debtor to appear before the Court on December 2, 2025 at 10:00 a.m. (EST) to consider why the Court should not issue sanctions against the Debtor for filing the petition in this case (the "Case");

**WHEREAS**, on November 24, 2025, the Court entered an Amended Order to Show Cause (the "Amended Order to Show Cause") [ECF No. 20], adjourning the hearing on the Order to Show Cause to December 4, 2025 at 10:00 a.m. (EST) (the "Hearing"); and

**WHEREAS**, on December 4, 2025, the Court held a Hearing on the Order to Show Cause and the Debtor's violation of the Dismissal Order; and upon the record of the Hearing; and, after due deliberation, the Court finding good and sufficient cause appearing for the relief granted herein;

**NOW THEREFORE IT IS HEREBY ORDERED THAT:**

1. Pursuant to Section 105 of the Bankruptcy Code and this Court's inherent and contempt powers, the Debtor is hereby found in civil contempt for having violated this Court's Prior Dismissal Order, the Stipulation, and the Dismissal Order.

2. As a result of his contempt, sanctions against the Debtor under Section 105 of the Bankruptcy Code are appropriate and warranted under the facts determined by this Court. The Court imposes $5,000 in sanctions on the Debtor to be paid to Franklin Lender's counsel within thirty (30) days of the date of the entry of the order.

3. The Debtor shall by 5 pm Eastern on December 19, 2025: (i) file and provide to the United States Trustee a final monthly operating report disclosing all disbursements up to the date hereof, and (ii) pay any and all quarterly fees due and payable to the United States Trustee pursuant

to 28 U.S.C. § 1930(a)(6), the obligations that the Debtor failed to comply with in the Dismissal Order.

4. Should the Debtor fail to timely comply with this Order, further sanctions may be imposed, including monetary fines and/or incarceration.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: December 4, 2025
      New York, New York

                                    */s/ Lisa G. Beckerman*
                                    HONORABLE LISA G. BECKERMAN
                                    UNITED STATES BANKRUPTCY JUDGE