

**Theresa A. Driscoll**
Partner
Email: tdriscoll@moritthock.com

February 5, 2026

**VIA ECF**

The Honorable Judge Lisa G Beckerman
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Courtroom 623
New York, New York 10004-1408

      Re:  **Bahram Benaresh**
           **Chapter 11; Case No. 25-12087-lgb**

Dear Judge Beckerman:

    We represent DC Franklin Lender LLC ("Franklin Lender"), a secured creditor in the above-referenced chapter 11 bankruptcy case. On November 6, 2025, following entry of an Order dismissing this chapter 11 case, Your Honor entered an Order directing the Debtor to appear before the Court and show cause why sanctions should not be issued against him for the filing of the petition in this case [ECF Dkt. Nos. 17; 20] ("Order to Show Cause"). A hearing on the Order to Show Cause was conducted on December 4, 2025, following which Your Honor entered an Order (I) Finding the Debtor in Contempt for Violating Order of this Court and (II) Imposing Civil Sanctions on the Debtor Pursuant to Section 105 of the Bankruptcy Code [ECF Dkt. 22] (the "Sanctions Order").

    Pursuant to the Sanctions Order, the Debtor was required to, among other things, pay my office, as Franklin Lender's counsel, the sum of $5,000 by January 2, 2026 (the date that is thirty (30) days from the entry of the Sanctions Order). As of the date hereof, my office has not received payment of the ordered amount.

    We respectfully request that the Court schedule an in-person hearing to address the Debtor's non-compliance and also consider imposing such further sanctions as may be appropriate consistent with paragraph 4 of the Sanctions Order, Section 105 of the Bankruptcy Code and the inherent power of the Court. *See* Sanctions Order, ¶4 ("Should the Debtor fail to timely comply with this Order, further sanctions may be imposed, including monetary fines and/or incarceration.").

                                                        Respectfully submitted,

                                                         Theresa A. Driscoll

cc:  All parties in interest by ECF

400 Garden City Plaza, Garden City, New York 11530 | P: 516.873.2000 | F: 516.873.2010 | www.moritthock.com

4195491v1