UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                          Chapter 11

    Bahram Benaresh,

                                                          Case No. 25-12087 (LGB)

                        Debtor.
---------------------------------------------------------X

## ORDER TO SHOW CAUSE

**WHEREAS**, on December 4, 2025, after notice and a hearing, the Court entered an order holding the Debtor in civil contempt [ECF 22] (the "Sanctions Order") "for having violated this Court's Prior Dismissal Order, the Stipulation, and the Dismissal Order";[1] and

**WHEREAS**, pursuant to Paragraph 2 of the Sanctions Order, the Debtor was required to pay $5,000 to Franklin Lender's counsel within 30 days of the Sanctions Order's entry; and

**WHEREAS**, on February 5, 2026, Franklin Lender's counsel filed a letter [ECF 26] informing the Court that it had not received payment as of the date thereof, and thus, that the Debtor had not yet complied with Paragraph 2 of the Sanctions Order; and

**WHEREAS**, Paragraph 4 of the Sanctions Order contemplates the imposition of further sanctions, "including monetary fines and/or incarceration," if the Debtor fails to comply with the Sanctions Order; and

**WHEREAS**, on February 5, 2026, Eric H. Horn of A.Y. Strauss LLC filed a motion seeking to withdraw as the Debtor's counsel [ECF 25] (the "Motion to Withdraw"); and

**WHEREAS**, the Court deems it necessary to hold an in-person hearing to consider (i) whether the Debtor should be held in further contempt and (ii) the Motion to Withdraw.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Sanctions Order.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED**, that the Debtor shall **APPEAR IN PERSON on March 11, 2026 at 11:00 A.M. EST** (the "Hearing") before the Southern District of New York Bankruptcy Court, in Courtroom 623 at 1 Bowling Green, New York, NY 10004, to show cause as to why the Court should not issue further sanctions, including additional monetary fines and/or incarceration, against the Debtor for the Debtor's failure to comply with the Sanctions Order; and it is further

**ORDERED**, that the Court shall hear the Motion to Withdraw at the Hearing, and any objections to the Motion to Withdraw shall be filed on the docket by 5 P.M. on March 3, 2026, and any responses thereto shall be filed on the docket by 5 P.M. on March 9, 2026; and it is further

**ORDERED**, that Franklin Lender's counsel and Mr. Horn shall appear in-person at the Hearing.

Dated:    New York, New York
          February 6, 2026

                                                */s/ Lisa G. Beckerman*
                                                THE HONORABLE LISA G. BECKERMAN
                                                UNITED STATES BANKRUPTCY JUDGE